1040

THE STATE OF WASHINGTON, *Respondent*, v. LARRY MICHAEL STIGALL, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 13-1-00040-6, S. Brooke Taylor, J., entered April 9, 2013. *Reversed* by unpublished opinion per Trickey, J., concurred in by Schindler and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. FRANK EARL YOUELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-02203-0, Bryan E. Chushcoff, J., entered April 4, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Dwyer, JJ.

KNOCK OUT, INC., *Appellant*, v. THE WASHINGTON STATE LIQUOR CONTROL BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-2-02563-6, Scott A. Collier, J., entered April 29, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Dwyer, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. KELVIN KEON KERVILLE MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03626-1, Vicki L. Hogan, J., entered February 22, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.